458 A.2d 263

Commonwealth v. Jackson, Appellant.

Submitted January 19, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgments of sentence affirmed.